**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBIN A. ARGENTI,

                      Plaintiff,                    18 **CIVIL** 9343 (AT) (BCM)

          -v-                                        **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2020, the R&R is adopted in its entirety; the Commissioner's motion for judgment on the pleadings is granted, and Plaintiff's motion is denied; accordingly, the case is closed.

**Dated:**  New York, New York
           March 30, 2020

                                                                      **RUBY J. KRAJICK**
                                                                      _____
                                                                         **Clerk of Court**
                                          **BY:**
                                                                        _____
                                                                          **Deputy Clerk**